RECEIVED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUL 2 2 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ANTHONY
P.
JOHNSON

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**16-cv-7523**
**Judge John J. Tharp, Jr.**
**Magistrate Judge Jeffrey Cole**
**PC1**

vs.

TOM DART - COOK COUNTY SHERIFF    (To be supplied by the Clerk of this Court) (CHS)
DR. NNEKA JONES TAPIA -Cook County Jail Executive Director; JOHN JAY SHANNON M.D. -CEO CCHHS CERMAK MENTAL AND
HEALTH SERVICES; DEBBIE BOECKER-CCJ DIRECTOR OF COMPLIANCE; ROBERT MOORE-CCJ Deputy Director of Compliance; MR. MORECI -CCJ DIRECTOR;
CARA SMITH -CCJ DIRECTOR; MR. LYLES -CCJ DIRECTOR; MR. REYES -CCJ DIRECTOR; SUPERINTENDANT MR. BROWN - DIVISION 8 CCJ RTU-RESIDENTIAL
TREATMENT UNIT; DR. R. SILLETTI -UNIT DIRECTOR CCJ RTU CERMAK MENTAL HEALTH SERVICES DEPARTMENT; SUPERINTENDANT MR. WALSH
DIVISION 10 CCJ; OFFICER MR. SANCHEZ-DEPUTY SHERIFF DIV 8 RTU; OFFICER MS. THOMAS-HARRIS DIV 10 DEPUTY SHERIFF; NURSE MS. COOKSLEY-
NURSE CHS-CERMAK HEALTH SERVICES; OFFICER MR. VELEZ-DEPUTY SHERIFF DIV10; NURSE MR. ADWIAH (BoBo) -NURSE CHS; NURSE MS. ANDERSON-
NURSE CHS; OFFICER MR. PEREZ -DEPUTY SHERIFF DIV10; OFFICER MR. OLEKSIAK -DEPUTY SHERIFF DIV10; SARGENT MS. CRUMP-DEPUTY SHERIFF DIV
10; OFFICER MR. GARZA -DEPUTY SHERIFF DIV 10; PARAMEDIC MS. BAINES PARAMEDIC CHS; OFFICER MR. SALERNO-DEPUTY SHERIFF DIV10; OFFICER MS. TUCKER-
DEPUTY SHERIFF DIV10; CRW SUPERVISOR MS L. FENDERSON- CCJ INMATE SERVICES SUPERVISOR; DR. BAKER-DOCTOR CHS; OFFICER MR. SHELBY-
DEPUTY SHERIFF DIV 10; SARGENT MR. HOUSTON-DEPUTY SHERIFF DIV10; CRW MS. McCOY- CCJ CORRECTIONAL REHABILITATION WORKER (SOCIAL WORKER)
DIV10; NURSE HALL -NURSE CHS; OFFICER MR. CONNER-DEPUTY SHERIFF DIV10; OFFICER LYPAK- DEPUTY SHERIFF DIV10; NURSE MS.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

MUHAMMAD -NURSE CHS DIV6; MS.TAYLOR- DIV10 MENTAL HEALTH
SPECIALIST CHS; CERMAK HEALTH SERVICES OF COOK County JAIL;
CERMAK MENTAL HEALTH SERVICES DEPARTMENT OF COOK County
JAIL

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
   **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: _Anthony P. Johnson_

B. List all aliases: _____

C. Prisoner identification number: _20151217030_

D. Place of present confinement: _Cook County Jail_

E. Address: _P.O. Box 089002 Chicago, IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Tom Dart_

Title: _Cook County Sheriff_

Place of Employment: _Daley Center 50 W Washington Rm 704 Chicago Ill 60602_

B. Defendant: _Dr. Nneka Jones Tapia_

Title: _Executive Director_

Place of Employment: _Cook County Jail 2650 S California Ave Chicago, IL 60608_

C. Defendant: _Mr. Moreci_

Title: _Director - Cook County Jail_

Place of Employment: _Cook County Jail 2650 S California Ave Chicago, Ill 60608_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: _Dr. R. Silletti_

Title: _Unit Director - Div 8 RTU/CCJ Cermak Mental Health Services Department_

Place of Employment: _Div 8 RTU Cermak Mental Health Services 2700 S. California Ave Chicago Ill 60608_

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _ANTHONY P. JOHNSON v TOM DART ET. AL_
   _09 cv 2545_

B. Approximate date of filing lawsuit: _2008 ?_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _NONE_
   _____

D. List all defendants: _TOM DART, COOK COUNTY JAIL DIRECTOR, NURSES_ _COOK COUNTY SHERIFF I DO NOT HAVE THEIR NAMES AVAILABLE TO ME WHILE I'M IN JAIL_
   _CERMAK DOCTORS, CORRECTIONAL REHABILITATION WORKERS, COOK COUNTY_
   _SHERIFF Deputy's SARGENT AND OFFICERS_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _FEDERAL COURT  7TH DISTRICT_

F. Name of judge to whom case was assigned: _JUDGE _____
   _MAGISTRATE SUSAN COX_

G. Basic claim made: _I CONTRACTED SCABIES WHILE BEING DETAINED IN_
   _IN COOK COUNTY JAIL — UNSANITARY CONDITIONS_
   _OF CONFINEMENT_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _SETTLED_
   _____
   _____

I. Approximate date of disposition: _2010 ?_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

DEFENDANTS Con't

E. DEFENDANT: Ms. DEBBIE BOECKER

TITLE: DIRECTOR OF COMPLIANCE

PLACE OF Employment: Cook County JAIL 2650 S. California Ave ILL 60608 Chicago,

F. DEFENDANT: Ms CARA SMITH

TITLE: DIRECTOR - Cook County JAIL

PLACE OF Employment: Cook County JAIL 2650 S. California Ave ILL 60608 Chicago,

G DEFENDANT: MR. LYLES

TITLE: DIRECTOR - Cook County JAIL

PLACE OF Employment: Cook County JAIL 2650 S. California Ave ILL 60608 Chicago,

H. DEFENDANT: MR. ROBERT MOORE

TITLE: DEPUTY DIRECTOR OF COMPLIANCE

PLACE OF Employment: Cook County JAIL 2650 S. California Ave ILL 60608 Chicago,

I. DEFENDANT: MR. REYES

TITLE: DIRECTOR - Cook County JAIL

PLACE OF Employment: Cook County JAIL 2650 S. California Ave ILL 60608 Chicago,

J DEFENDANT: JOHN JAY SHANNON M.D.

TITLE: C.E.O. Cook County HEALTH + Hospital System - CERMAK, HEALTH SERVICES Depts. MENTAL AND

PLACE OF Employment: Cook County JAIL/AND HEALTH Services CERMAK MENTAL 2700 S. California Ave ILL 60608 Chicago,

K DEFENDANT: MR. BROWN

TITLE: DIVISION 8 SUPERINTENDANT - Cook County JAIL

PLACE OF Employment: Cook County JAIL 2650 S. California Ave ILL 60608 Chicago,

DEFENDANTS CON'T

L. DEFENDANT: MR. WALSH

TITLE: DIVISION 10 SUPERINTENDANT - COOK COUNTY JAIL

PLACE OF EMPLOYMENT: COOK COUNTY JAIL 2650 S. CALIFORNIA AVE CHICAGO, IL 60608

M DEFENDANT COOK COUNTY OFFICER MR. SANCHEZ 7-3

TITLE DEPUTY SHERIFF DIVISION 8 TIER 2F DETOX UNIT RTU

PLACE OF EMPLOYMENT COOK COUNTY JAIL 2650 S. CALIFORNIA AVE CHICAGO, IL 60608 DIV 8

N DEFENDANT COOK COUNTY OFFICER MS THOMAS - HARRIS 7-3

TITLE DEPUTY SHERIFF DIV 10 P2 OUT PATIENT MENTAL HEALTH UNIT TIER 4B

PLACE OF EMPLOYMENT DIV 10 COOK COUNTY JAIL 2650 S. CALIFORNIA AVE CHICAGO, IL 60608

O. DEFENDANT NURSE Ms COOKSLEY - DIVISION 10 DISPENSARY

TITLE NURSE - CERMAK HEALTH SERVICES

PLACE OF EMPLOYMENT COOK COUNTY JAIL/ CERMAK HEALTH SERVICES 2700 S. CALIFORNIA AVE CHICAGO, ILL 60608

P DEFENDANT COOK COUNTY OFFICER MR. VELEZ 7-3

TITLE DEPUTY SHERIFF DIVISION 10

PLACE OF EMPLOYMENT DIV 10 COOK COUNTY JAIL 2650 S. CALIFORNIA AVE CHICAGO, IL 60608

Q DEFENDANT NURSE MR. ADINIATH (Bo Bo) - DIVISION 10 DISPENSARY

TITLE NURSE - CERMAK HEALTH SERVICES

PLACE OF EMPLOYMENT COOK COUNTY JAIL CERMAK HEALTH SERVICES 2700 S. CALIFORNIA AVE CHICAGO, IL 60608

R DEFENDANT NURSE Ms ANDERSON - DIVISION 10 DISPENSARY

TITLE NURSE CERMAK HEALTH SERVICES - DIV 10

PLACE OF EMPLOYMENT COOK COUNTY JAIL CERMAK HEALTH SERVICES 2700 S. CALIFORNIA CHICAGO, IL 60608

S. DEFENDANT COOK COUNTY OFFICER MR. PEREZ 3-11

TITLE DEPUTY SHERIFF - DIVISION 10

PLACE OF EMPLOYMENT DIV 10 COOK COUNTY JAIL 2650 S. CALIFORNIA AVE CHICAGO, ILL 60608

T.a. DEFENDANT Ms TAYLOR

TITLE MENTAL HEALTH SPECIALIST DIV 10 CHS

PLACE OF EMPLOYMENT COOK COUNTY JAIL CERMAK HEALTH SERVICES 2700 S. CALIFORNIA AVE CHICAGO, IL 60608

U. DEFENDANT: Cook County Officer MR. OLEKSIAK 3-11

TITLE: Deputy Sheriff - Division 10

PLACE OF EMPLOYMENT Div 10 Cook County Jail 2650 S. California Ave Chicago, ILL 60608

V. DEFENDANT: Cook County Officer Sargent Ms Crump 7-3

TITLE Deputy Sheriff - Division 10

PLACE OF EMPLOYMENT Div 10 Cook County Jail 2650 S. California Ave Chicago, ILL 60608

W. DEFENDANT Cook County Officer MR. GARZA 3-11

TITLE Deputy Sheriff Division 10

PLACE OF EMPLOYMENT Div 10 Cook County Jail 2650 S. California Ave Chicago, ILL 60608

X. DEFENDANT Cook County Officer MR. SALERNO 3-4

TITLE Deputy Sheriff Div 10

PLACE OF EMPLOYMENT Div 10 Cook County Jail 2650 S. California Ave Chicago, ILL 60608

Y. DEFENDANT Ms Baines ② Div 10 - Dispensary

TITLE Paramedic - Cermak Health Services

PLACE OF EMPLOYMENT Cook County Jail - Cermak Health Services 2700 S. California Chicago, IL 60608

Z DEFENDANT Cook County Officer Ms Tucker 7-3

TITLE Deputy Sheriff Div 10

PLACE OF EMPLOYMENT Div 10 Cook County Jail 2650 S. California Ave Chicago, IL 60608

AA. DEFENDANT Ms L Fenderson

TITLE Correctional Rehabilitation Worker Inmate Services Supervisor

PLACE OF EMPLOYMENT Div 10 Cook County Jail 2650 S. California Ave Chicago, ILL 60608

BB. DEFENDANT Dr. Baker

TITLE Doctor Cermak Health Services

PLACE OF EMPLOYMENT Cook County Jail Cermak Health Services 2700 S. California Ave Chicago, IL 60608

2-3

DEFENDANTS Con't



CC DEFENDANT: COOK County Officer MR. Shelby 3-11 Div 10
TITLE: Deputy Sheriff
PLACE OF EMPLOYMENT: Div 10 Cook County Jail 2650 S. California Ave Chicago IL 60608

DD DEFENDANT: Cook County Sheriff Sargent MR. Houston 3-11 Div 10
TITLE: Deputy Sheriff
PLACE OF EMPLOYMENT: Div 10 Cook County Jail 2650 S. California Ave Chicago ILL 60608

EE DEFENDANT: Ms McCoy
TITLE: Correctional Rehabilitation Worker (Social Worker) Div 10
PLACE OF EMPLOYMENT: Div 10 Cook County Jail 2650 S. California Ave Chicago 60608

FF DEFENDANT: Nurse Hall - Div 10 Dispensary
TITLE: Nurse Cermak Health Services
PLACE OF EMPLOYMENT: Cook County Jail Cermak Health Services 2700 S. California Ave IL 60608 Chicago

GG DEFENDANT: Ms Muhammad - Div 6 Dispensary
TITLE: Nurse Cermak Health Services
PLACE OF EMPLOYMENT: Div 6 Cook County Jail Cermak Health Services 2700 S. California Chicago IL 60608

HH DEFENDANT: Cook County Officer MR. Conner 3-11 - Div 10
TITLE: Deputy Sheriff
PLACE OF EMPLOYMENT: Div 10 Cook County Jail 2650 S. California Chicago IL 60608

II DEFENDANT: Cook County Officer MR. Lypak 7-3 Div 10
TITLE: Deputy Sheriff
PLACE OF EMPLOYMENT: Div 10 Cook County Jail 2650 S. California Ave Chicago IL 60608

JJ DEFENDANT: Cermak Health Services of Cook County Jail
TITLE: Health Care Provider to Detainees Housed in Cook County Jail
PLACE OF EMPLOYMENT: Cook County Jail Cermak Health Services 2700 S. California Ave ILL 60608 Chicago

KK DEFENDANT: Cermak Mental Health Services Department. Residential Treatment Unit - RTU Div 8
TITLE: Mental Health Care Provider to Detainees Housed in Cook County Jail
PLACE OF EMPLOYMENT: 2700 S. California Ave Chicago IL 60608 Division 8 RTU

2-4

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PARAGRAPH 1. ALL DEFENDANTS: → VIOLATED MY 8 TH + 14TH AMENDMENT RIGHTS: IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES UNDER THE COLOR OF STATE LAW. Tom DART - Cook County SHERIFF; DR. NNEKA JONES, TAPIA - Cook County (CHGO ILL) JAIL EXECUTIVE DIRECTOR; JOHN JAY SHANNON M.D. - C.E.O Cook County HEALTH AND HOSPITAL SYSTEM, CERMAK MENTAL AND HEALTH SERVICES DEPTS; DEBBIE BOECKER - CCJ DIRECTOR OF COMPLIANCE; ROBERT MOORE - CCJ DEPUTY DIRECTOR OF COMPLIANCE; MR. MORECI - CCJ DIRECTOR; CARA SMITH - CCJ DIRECTOR; MR. LYLES - CCJ DIRECTOR; MR. REYES - CCJ DIRECTOR; SUPERINTENDANT MR. BROWN, Division 8 CCJ RTU - RESIDENTIAL TREATMENT UNIT; SUPERINTENDANT MR. WALSH CCJ DIVISION 10; DR. R. SILLETTI - CCJ DIR 8 RTU UNIT DIRECTOR

PARAGRAPH 2 CERMAK HEALTH SERVICES OF Cook County JAIL; CERMAK MENTAL HEALTH SERVICES DEPARTMENT OF Cook County JAIL; Ms TAYLOR DIV 10 MENTAL HEALTH SPECIALIST CHS; DOCTOR BAKER - DOCTOR CHS; NURSE Ms COOKSLEY - NURSE CHS, NURSE MR. ADINIAH (BOBO) - NURSE CHS; NURSE Ms. ANDERSON - NURSE CHS; PARAMEDIC Ms BAINES - PARAMEDIC CHS; NURSE HALL - NURSE CHS; NURSE MUHAMMAD - NURSE CHS; VIOLATED MY 8TH AND 14TH AMENDMENT RIGHTS: IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES UNDER THE COLOR OF STATE LAW

PARAGRAPH 3 Cook County DEPARTMENT OF CORRECTION, Deputy OFFICERS: OFFICER MR. SANCHEZ, OFFICER Ms THOMAS - HARRIS; OFFICER MR. VELEZ, OFFICER MR. PEREZ, OFFICER MR. OLEKSIAK, SARGENT Ms CRUMP, OFFICER MR. GARZA, OFFICER Ms TUCKER, OFFICER MR. SHELBY, SARGENT MR. HOUSTON, OFFICER MR. CONNER, OFFICER LYPAK,

Cook County DEPARTMENT OF CORRECTION'S CORRECTIONAL REHABILITATION WORKER INMATE SERVICES SUPERVISOR Ms L. FENDERSON AND HER SUBORDINATE CRW Ms MCCOY CORRECTIONAL REHABILITATION WORKER (SOCIAL WORKER), VIOLATED MY 8TH + 14TH AMENDMENT RIGHTS: IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES UNDER THE COLOR OF STATE LAW.

4

1,2,3   PARAGRAPHS 1, 2, 3 ALL 37 DEFENDANTS VIOLATED BOTH MY **8TH AMENDMENT RIGHTS!** INFLICTING UPON ME CRUEL AND UNUSUAL PUNISHMENT BY DEPRIVING ME, MY RIGHT TO SAFE AND SOMEWHAT DECENT CONDITIONS OF CONFINEMENT AND MY RIGHT TO MEDICAL CARE WHILE I AM PHYSICALLY, MENTALLY, EMOTIONALLY AND PSYCHOLOGICALLY SUFFERING FROM CONTRACTING **3** INFECTIOUS DISEASES WHILE BEING DETAINED HERE IN SIDE COOK COUNTY JAIL. I WAS DEPRIVED OF MY BASIC HUMAN NEEDS OF SANITATION, DEPRIVED OF GIVEN AND ISSUED NEW OUT THE BOX UNIFORM, LINEN, BEDDING, BOXERS, T-SHIRT SOCKS AND SHOES, AFTER MY DIAGNOSIS OF CONTRACTING **3** CONTAGIOUS DISEASES IN CCJ. THEY ALSO VIOLATED MY **14TH AMENDMENT RIGHTS** OF LIBERTY INTEREST AND DUE PROCESS BY DENYING, DELAYING AND HINDERING MY MEDICAL TREATMENT ACCESS AND FORCING ME TO LIVE IN EXTREMELY UNSANITARY CONDITIONS OF CONFINEMENT WHILE ALL DEFENDANTS OPERATED BOTH IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES AND UNDER THE COLOR OF STATE LAW.

1,2,3   PARAGRAPHS 1, 2, 3 DEFENDANTS VIOLATED BOTH MY 8 TH AMENDMENT RIGHTS + MY 14TH AMENDMENT RIGHT TO MEDICAL CARE + PROCEDURAL DUE PROCESS LIBERTY INTEREST. THEY KNEW I WAS BEING DEPRIVED, THROUGH ME TELLING AND INFORMING THEM ABOUT MY SUFFERING ALL DAY AND NIGHT WITH PAINFUL ITCHING AND BEING BITTEN 400 TO 500 TIMES BY PARASITES AND INSECTS. I SHOWED DEFENDANTS THE 4 TO 500 BITE MARKS ALL OVER MY BODY. THEY KNEW TOO, THROUGH MY FILING OF MANY GRIEVANCES, STILL THEY WERE DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. THE DEFENDANTS UNCONSTITUTIONAL DEPRIVATIONS AND UNSANITARY CONDITIONS OF CONFINEMENT CAUSED ME TO CONTRACT **3** CONTAGIOUS INFECTIOUS DISEASES 1) MRSA- STAPH INFECTION IN DIV 8 P3 INTERMEDIATE PSYCH CARE RESIDENTIAL TREATMENT UNIT DETOX - MARCH 23, 2016 2) SCABIES IN DIV 10 P2 OUT PATIENT MENTAL HEALTH UNIT - APRIL 19, 2016 3)

BODY LICE IN DIV 10 P2 OUT PATIENT MENTAL HEALTH UNIT ON April 24, 2016.

PARAGRAPH 1- DEFENDANTS KNEW ABOUT THESE INFECTIOUS DISEASES INFESTATIONS BEFOREHAND IN CCJ THROUGH U.S. DEPARTMENT OF JUSTICE INVESTIGATIVE REPORT IN July 2008, INFORMING THEM ABOUT THE UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT IN CCJ. THIS IS THE 2ND TIME I CONTRACTED SCABIES IN CCJ. IN 2008, I FILED A CONSTITUTIONAL VIOLATION CLAIM AGAINST DEFENDANTS FOR CONTRACTING SCABIES IN SAME UNCONSTITUTIONAL UNSANITARY CONDITIONS OF CONFINEMENT IN CCJ. SEE- JOHNSON V DART #09 CV 2545. IN THE U.S. D.O.J MAY 2010 AGREED ORDER AND SUPPLEMENTS, THE DEFENDANTS AGREED TO STOP AND REMEDY THEIR UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT FOR US PRE-TRIAL DETAINEES. ALSO DEFENDANTS WAS MADE AWARE AND KNEW ABOUT THE CCJ DEFICIENCIES IN U.S. V COOK COUNTY 10 C 2946. ALL THE DEFENDANTS KNEW IN THEIR OFFICIAL CAPACITIES ABOUT PARAGRAPHS 1, 2, 3 THEIR UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT IN CCJ, IN ADVANCE OF MY 3 DIAGNOSIS'S

1,2,3 PARAGRAPH 1, 2, 3 DEFENDANTS KNEW INDIVIDUALLY WHEN I FILED JOHNSON V DART 09 CV 2545 ABOUT THE UNSANITARY CONDITIONS OF CONFINEMENT DEPRIVATION IN 2016 AND CURRENTLY WHEN I SHOWED THEM MY TERRIBLE SKIN CONDITION, TOLD THEM INDIVIDUALLY I WAS IN PAIN WITH THE PARASITES AND INSECTS EATING ME, BITING ME AND LAYING EGGS UNDER MY SKIN. DEFENDANTS KNEW I WAS BEING DEPRIVED OF MEDICAL ATTENTION AND DID NOT RESPOND REASONABLY TO MY NUMEROUS MEDICAL REQUEST, AND VOCALLY BY MY TELLING & INFORMING THEM, SHOWING THEM AND WRITING MANY GRIEVANCES FOR HELP, CAUSE I WAS SUFFERING IN PAIN PHYSICALLY. MENTALLY, EMOTIONALLY AND PSYCHOLOGICALLY. MY INJURY BECAME MORE SERIOUS AND EXTREME AS MY DIAGNOSIS' MULTIPLIED, THIS TIME IN 2016, NOT ONLY DID I CONTRACT SCABIES, AGAIN, AS IN 2008, I HAD 2 MORE CONTAGIOUS INFESTATIONS, CONTRACTED 3 DIAGNOSES IN TOTAL: ①MRSA-STAPH INFECTION DIAGNOSTED BY DR. G. TRAMMELL -DIV 8 RTU-MARCH 23, 2016; ②SCABIES DIAGNOSTED BY DR. BAKER-DIV 10 April 19, 2016; AND ③BODY LICE DIAGNOSTED BY DR. KAHN-CERMAK HOSPITAL.

6

. EVEN AFTER PARAGRAPH 1 DEFENDANTS WAS NOTIFIED AND MADE AWARE OF THEIR

UNCONSTITUTIONAL UNSANITARY CONDITIONS OF CONFINEMENT IN CCJ, THEY CONTINUE

TO STILL HAVE A SYSTEMIC, POLICY, CUSTOM, PRACTICE, AND PROCEDURE OF DEPRIVING

(UN CONSTITUTIONAL) (PATTERN)

MENTAL HEALTH PRE-TRIAL DETAINEES OF SANITARY CONDITIONS OF CONFINEMENT

AS WELL AS GENERAL POPULATION PRE-TRIAL DETAINEES. PARAGRAPH 1 DEFENDANTS

POLICY, CUSTOM, PRACTICE, AND PROCEDURE OF DEPRIVING PRE-TRIAL DETAINEES OF

SANITARY CONDITIONS OF CONFINEMENT HAS BECOME A ROUTINE STANDARD, SYSTEM-WIDE

IN CCJ THUS PARAGRAPH 2+3 DEFENDANTS ARE FOLLOWING AND DISPLAYING THIS DELIBERATE

(PRACTICING)

UNCONSTITUTIONAL BEHAVIOR, PARAGRAPH 1, 2, 3 DEFENDANTS ROUTINELY ABUSE THE

(CURRENTLY)

MENTALLY CHALLENGED PRE-TRIAL DETAINEES IN DIVISION 8-RESIDENTIAL TREATMENT

UNIT/DETOX UNITS/P3-INTERMEDIATE PSYCH CARE UNITS AND DIVISION 10

P2-OUT PATIENT MENTAL HEALTH UNITS BY HOUSING THEM IN BLATANT

TERRIBLE EGREGIOUS, CONDITIONS OF CONFINEMENT. EXHIBIT 1-pg0+0A+1

(UNSANITARY)

EXHIBITS: 3, 4, 5, 7, 8, 9, AND 18; EXHIBIT 23 - CDC BODY LICE + SCABIES

WHEN OUTSIDE OFFICIALS, AND THE U.S. DEPARTMENT OF JUSTICE DO THEIR WALK

THROUGH INSPECTIONS, 1,2,3-CLEAN UP 3 DAYS IN ADVANCE, OR HIDE ALTOGETHER FROM SIGHT,

(DEFENDANTS PARAGRAPH) (PASS OUT NEW UNIFORMS 6/29/16 DIV6 9:30/m)

THE RTU-RESIDENTIAL TREATMENT UNITS, DETOX, AND MENTAL HEALTH TIERS. HOUSING

DETOXING AND MENTALLY CHALLENGED PRE-TRIAL DETAINEES IN CCJ, DIV6 DOJ WALK

(6/21/16 11Am) (THRU)

kk | ON THE MARCH 15, 2016 AT 10Am I VOLUNTARILY ASK JUDGE SHELLY

SUTKER-DERMER AT SKOKIE COURTHOUSE TO TAKE ME INTO CUSTODY FOR

SHORT TERM DETOX, BEING RESPONSIBLE FOR MY BEHAVIOUR. I WAS GIVEN A

(COURTORDER) (FOR TREATMENT)

TAKEN BY CCDOC SHERIFFS TO NORTH SHORE HOSPITAL. RECEIVED

TREATMENT THEN DISCHARGED AND TAKEN TO COOK COUNTY JAIL CERMAK

HOSPITAL FOR ADDITIONAL TREATMENT. LATE THAT NIGHT I WAS TRANSFERED

TO DIVISION 8, RTU-RESIDENTIAL TREATMENT UNIT MEDICAL DETOX UNIT

(CERMAK MENTAL HEALTH SERVICES DEPARTMENT'S)

2F. I VOLUNTEERED TO CLEAN UP AS A DECK WORKER BECAUSE THE TIER

IS FILTHY, NASTY, DIRTY AND GERM INFESTED. THE MEN ON THE UNIT ARE

7.

MENTALLY ILL. THEY ARE VOMITING ON THE FLOOR AND LAY-IN-IT ON THEIR BUNKS. THEY HAVE DIARREAH

AND THEIR FECES IS RUNNING DOWN THEIR LEGS INSIDE THEIR PANTS TO THEIR SHOES, ON THE FLOOR. THEY ARE DOPE

SICK, WITHDRAWING OFF OF HEROIN, STREET DRUGS, PRESCRIPTION DRUGS AND ALCOHOL. EXHIBIT 1 pg. O. DEFENDANT

[M] OFFICER SANCHEZ COMES ON TIER 2F AND DENIES ME A VOLUNTEER DECK WORKER, SANITIZER AND DISINFECTANT TO CLEAN UP MY AREA AND THIS UNSANITARY

CONDITION OF CONFINEMENT. DETAINEES ARE URINATING ON THEMSELVES, WIPING FECES ON THE BATHROOM WALLS

AND BUNK AREAS, BLEEDING FROM OPEN I.V. DOPE NEEDLE SORES AND NOT TAKING SHOWERS. I ASKED OFFICER

SANCHEZ ON SAT. MARCH 19, 2016 FOR GERMIGUATE SANITIZER, A RAG, BROOM, DUST PAN AND RUBBER GLOVES.

HE TELLS ME "No" CLOSES THE DAYROOM EARLY AT 11:15AM. OFFICER SANCHEZ VIOLATES MY 8TH AND 14TH

AMENDMENTS IN HIS OFFICIAL AND INDIVIDUAL CAPACITY ALLOWING ME TO LIVE IN THIS FILTHY CONDITION OF CONFINEMENT.

I FILE A GRIEVANCE. EXHIBIT 3. DETAINEE TEDDY PAPPAS #2016 0310233 WITNESSES OFFICER SANCHEZ'S

ACTIONS. EXHIBIT 4. UNSANITARY CONDITIONS OF CONFINEMENT U.S. CDC-EXHIBIT 23.

[D][KK] ON MARCH 20, 2016 I WAS TRANSFERRED TO TIER 4B IN DIV8-RTU CERMAK MENTAL HEALTH SERVICES

DEPARTMENT'S P3 INTERMEDIATE PSYCHE CARE UNIT. DEFENDANT DR. SKICLETTI IS THE UNIT DIRECTOR.

THIS IS ANOTHER FILTHY GERM INFESTED, DIRTY, UNSANITARY UNIT HOUSING 38 MENTALLY ILL

DETAINEES, SAME ENVIRONMENT AS TIER 2F. THE DETAINEES HERE WOULD BARK LIKE ANIMALS,

TALK TO THEMSELVES WHILE WALKING AROUND, BLANKETS AND LINEN DRAGGING ON THE FLOOR. DO NOT

TAKE SHOWERS, BE SICK AND SNEEZE AND COUGH IN THEIR HANDS, WIPE THEIR NOSES WITH THEIR HAND, NOT

WASH THEIR HANDS EVEN AFTER THEIR BOWEL/MOVEMENT AND GO TOUCHING EVERYTHING. THEY SIT ON THE FLOOR,

VOMIT, SMEAR FECES EVERYWHERE BEING NASTY HAVING NO BODY HYGENE IN THE DOMITORY ENVIRONMENT.

DETAINEE NIKE STEVENS #2016 020 3052 WITNESS THIS UNCONSTITUTIONAL CONDITION OF CONFINEMENT.

EXHIBIT 5. WE WOULD HAVE GROUP MEETINGS OFF THE TIER IN UNSANITARY GROUP ROOMS WE SHARED

WITH OTHER MENTALLY ILL DETAINEES FROM DIFFERENT TIERS, (WITH VERY POOR HYGENE HABITS) EXHIBIT 6. THOMAS YOUNG #201605I 7022 ANOTHER DETAINEE

DECK WORKER ON TIER 2G IN DIV8 RTU WITNESS THE UNSANITARY CONDITIONS OF CONFINEMENT. EXHIBIT 7

AT RECREATION TIME IN THE "PORCH AREA" IN THE INTERLOCK ENTRANCE WERE MANY BLANKETS, LINEN, CLOTHES, CLEAR PLASTIC GARBAGE BAGS WITH AND ON IT-

- A 3"x4" TINE STRIP MARKED MEDICAL "LICE." DETAINEES WERE SITTING ON THESE "BUSTED" OPEN BAGS, SOON I START FEELING PAINFUL

PIMPLES APPEARING ALL OVER MY BODY. AS DAYS PASS THEY BEGAN TO GROW IN SIZE AND HURT VERY BADLY. IT

HAD GOTTEN TO THE POINT I COULD NOT SLEEP CAUSE THE PIMPLES TURNED INTO PAINFUL BOILS

I BEGAN TO GET SCARED SO I WOULD TELL THE NURSES. NURSE JAMES TOLD ME

I'M SCHEDULED TO SEE THE DOCTOR, I STILL WAS SCARED BECAUSE THE PAINFUL BOILS

WERE SWOLLEN RED WITH PUS OOZING FROM THEM, ON MY BACK AND MY
YELLOW REDDISH COLOR

BUTTOCKS. THEY HURT SO BAD, I'M IN CONSTANT PAIN, PUS IS ON MY CLOTHES + BEDDING
YELLOW REDDISH

9:30AM WED MARCH 23, 2016 I'M CALLED TO DIV 8 RTU 4TH FLOOR EXAMINATION

ROOM I SEE DR. G. TRAMMELL I COMPLAIN TO HIM ABOUT THE PAINFUL

BOILS, INSECT BITES OR ABSESSES ON MY BACKSIDE. I CAN'T SEE THEM. THEY HURT

VERY BAD. HE HAS ME LOWER MY PANTS, AND EXAMINES ME HEAD TO HEEL. THEN
RAISE MY SHIRT

DR. TRAMMELL PRESCRIBES ME THE ANTIBIOTIC CLINDAMYCIN A TREATMENT

BATTERY: 10 DAYS AT 3 TIMES A DAY. JOURNA EXHIBIT 1 pg O, OA    Exhibit 8

ANTIBIOTIC CLINDAMYCIN FOR MRSA STAPH INFECTION I CONTRACTED IN

COOK COUNTY JAIL EXHIBIT 1 pg OA, DETAINEE JULIAN WARD # 2016 0324198 A STAPH INFECTION    # ALSO CONTRACTED Exhibit 9

[N]  FRIDAY APRIL 8, 2016 11:45AM I MOVE FROM DIV 8 RTU TIER 4/B TO

DIVISION/O TIER 4B P2 OUTPATIENT MENTAL HEALTH UNIT. I START ITCHING

AND A PAINFUL RASH DEVELOPS AND SPREADING. BEING POLITE AND SENSITIVE

I BEGAN TO INFORM THE NURSES PARAMEDICS I SEE. I TELL DEFENDANT OFFICER

MS THOMAS-HARRIS ON TIER 4B THAT I HAVE A RASH AROUND MY "CAPTAIN PIRATE AND HIS

2 SWASH BUCKLERS" ON OR AROUND APRIL 11, 2016 SHE DID NOTHING AND DIRECTED

ME TO FILL OUT A MEDICAL REQUEST FORM. VIOLATING MY 8TH AMENDMENT RIGHTS

JOURNA EXHIBIT 1 pg.1; Ex 2 p.2 I ALSO CALL MY PUBLIC DEFENDER JOHN VONGHER 847 470 7400

AND LEAVE A VOICE MAIL MESSAGE TO INFORM HIM, AT SKOKIE COURTHOUSE SKOKIE, ILLINOIS
7:45
[O] ON TIER FRIDAY APRIL 15, 2016 8PM ON TIER 4/B I RAISE MY SHIRT SHOW AND

TELL DEFENDANT NURSE COOKSEEY ABOUT MY SUFFERING AND THE PAINFUL

RASH THAT IS GROWING ON MY BODY. "SHE DOES NOTHING" VIOLATING MY 8TH AND

14TH AMENDMENT RIGHTS. SHE DIRECTS ME TO SHOW AND INFORM MORNING NURSE. 1 pg 1
EXHIBIT

[Q]  SATURDAY APRIL 16, 2016 11AM FOLLOWING DIRECTIONS FROM DEFENDANT

NURSE COOKSEEY I COMPLAIN TO DEFENDANT NURSE ADINIATH (BOBO) I

9

COMPLAIN TO HIM THAT I'M ITCHING AND I ATTEMPT TO RAISE MY SHIRT. WHILE I'M COMPLAINING TO NURSE BoBo,

[P] DEFENDANT OFFICER VELEZ, NURSE BoBo's ESCORT OFFICER OVERSTEPS HIS BOUNDARIES AND ORDERS ME TO "SHUT UP, GO BACK

ON THE TIER" AFTER NURSE BoBo SAYS TO ME "IT'S NOTHING HE CAN DO!" BOTH VIOLATING MY 8TH, 14TH

AMENDMENT RIGHTS AND BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. I FILE A GRIEVANCE

[EE] EXHIBIT 10, RELUCTANTLY, I MUST GIVE THIS GRIEVANCE TO DEFENDANT CRW McCoy, WHO I FILED A GRIEVANCE

ON THE PREVIOUS DAY FRIDAY April 15, 2016 EXHIBIT 11 CONTROL# 2016x3393 FOR DELIBERATELY IGNORING

[AA] ME AND MY INMATE REQUEST FORMS. HER IMMEDIATE CRW INMATE SERVICES SUPERVISOR DEFENDANT MS L. FERRERSON

WHEN ANSWERING MY GRIEVANCE, IGNORES MY COURT ORDER ISSUE EXHIBIT 11 20P2, BECAUSE SHE IS IN AN

UNWRITTEN POLICY CUSTOM CONSPIRACY AGAINST ME ALONG WITH HER SUBORDINATE CRW Ms McCoy EXHIBIT 1 pg 9.

AND 39. SHE COVERS UP MY STAFF MISCONDUCT GRIEVANCE ON HER MISMANAGED SUBORDINATE CRW Mc Coy

EXHIBIT 12 #2016x4255. CRW McCoy INTENTIONALLY MISPROCESSES AND DO NOT PROCESSES MY HEALTHCARE + OTHER

GRIEVANCES AGAINST OFFICERS, NURSES AND STAFF SHE WORKS WITH. EXHIBITS 10, 14, 16, 17, THIS UNCONSTITUTIONAL

POLICY IS AGAINST COOK COUNTY SHERIFFS OFFICE INMATE GRIEVANCE POLICY AND PROCEDURES EXHIBIT 22 NEXT DAY,

SUNDAY April 17, 2016-11AM, WHEN I SEE NURSE BoBo, AGAIN I COMPLAIN ABOUT MY SEVERE ITCHING AND PAIN-

FUL SPREADING RASH. HE WANTS ME TO EXPOSE MY CONDITION AND RAISE MY SHIRT IN FULL VIEW OF OBSERVING

DETAINEES WHICH WILL CAUSE ME OPEN HUMILIATION AND CAUSE FEAR AND PANIC. I EXPLAIN TO HIM, THIS IS A

CONFIDENTIAL HEALTH MATTER, MEN ARE LOOKING AT ME. HE INSIST I RAISE MY SHIRT, LOOKS AT MY SKIN, SHOUTS

OUT LOUD, "SOMETHING BITING YOU!" HUMILIATING ME, EMBARRASSING ME AND EXPOSING MY CONDITION TO THE

ONLOOKING DETAINEES. BoBo LEFT ME SAYING, "HE'LL CALL ME DOWN TO THE DISPENSARY. AT 2:15PM I GO TO TIER

4B OFFICER Ms PERKINS AND TELL HER MY SUFFERING WHILE FILLING OUT MANY MEDICAL REQUEST FORMS FOR HELP. I

RAISE MY SHIRT TO SHOW HER MY DETERIORATING SKIN. OFFICER PERKINS SHOWING COMPASSION TAKES ME DOWN TO THE

[R] DIV 10 DISPENSARY AS A WALK-IN. THERE DEFENDANT NURSE BoBo AND DEFENDANT NURSE ANDERSON BOTH AGREE AND SAY

"SOMETHING IS BITING YOU!" WHEN THEY VISUALLY AND PHYSICALLY EXAMINE ME. NURSE BoBo ADDS, "LOOK! YOU

CAN SEE THEM HANGING OUT HIS SKIN!" I AM TERRIBLY SCARED AND AFRAID WITH THIS SAID, I CAN'T

SEE WHAT THEY SEE. I ASK THEM FOR A MIRROR THEY WILL NOT TAKE ME TO ONE. I ASK THEM TO TAKE

PICTURES, PLEASE!? BOTH DEFENDANT IGNORE AND DENY MY REQUEST. NOW THIS CAUSES

ME FRUSTRATION AND MORE EXTREME ANXIETY, DEPRESSION AND EMOTIONAL, MENTAL AND PSYCHOLOGICAL

10

: ANXIETY AND DEPRESSION. THEY TELL ME THEY WILL CALL ME TO CERMAK HOSPITAL ON THE NEXT SHIFT 3-11. I WAS NEVER CALLED. BOTH DEFENDANTS VIOLATED MY 8TH & 14TH AMENDMENT RIGHTS I FILED A GRIEVANCE ON THEM BOTH. EXHIBIT **13** ; EXHIBIT **1** pg. 2

[5] SUN APRIL 17, 2016 8AM NURSE GREEN GIVES ME LICE TREATMENT. SHE TELLS ME TO SHOWER AND CHANGE EVERYTHING AND GET NEW EVERYTHING CLOTHES, BEDDING LINEN ETC. IN FRONT OF DEFENDANT OFFICER PEREZ ESCORT OFFICER. HE DID NOTHING. DID NOT GIVE ME AND MY CELLMATE OLIVER SIMS NO NEW OUT THE BOX OR NEWLY ISSUED UNIFORMS, BEDDING, SHEETS, BLANKETS, BODY AND FACE TOWELS OR MATTRESSES. NOR DISINFECT TO SANITIZE CELL AND SANITIZE CURRENT MATTRESS IN CELL. HE IS DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. NOR DID OFFICER PEREZ INFORM MY TIER OFFICER. VIOLATING MY 8TH + 14TH AMENDMENT RIGHTS. I FILE A GRIEVANCE WED APRIL 20, 2016 EXHIBIT **14** EXHIBIT **1** pg. 3

[X] MON APRIL 18, 2016 2:15PM I LIFT MY SHIRT AND SHOW DEFENDANT SGT. McCRUMP THE INSECT BITE MARKS ON MY BODY AND ASK HER FOR NEW OUT THE BOX UNIFORM, CLOTHES, BEDDING I INFORM HER WHAT I'M SLEEPING ON IS LICE INFECTED. I SHOW HER MY LEFT SIDE AND BOTH MY ARMS WITH RED PAINFUL ITCHY INSECT BITE MARKS. ALSO I TELL HER I NEED TO GO TO CERMAK HOSPITAL. SHE SAYS ITS TOO LATE SHIFT IS CHANGING. I SHOULD HAVE TOLD HER YESTERDAY. BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. SHE HAS OFFICER GIVE ME A USED BLANKET AND 1 DINGY SHEET IN A BED ROLL FASHION. VIOLATING MY 8TH AND 14TH AMENDMENT RIGHTS. JOURNAL. EXHIBIT pg. 4 OF 39

[W] MON APRIL 18, 2016 7:45PM I COMPLAIN OF ITCHING TO NURSE GREEN SHE GIVES ME PERMETHRIN CREAM. SHE ASK ME DID **DEFENDANT** NURSE ANDERSON CALL ME AND SEND ME TO CERMAK HOSPITAL I SAY NO SHE DID NOT! THEY HAD ME CONTINUE TO SLEEP ON LICE INFECTED BEDDING. AT THAT DEFENDANT OFFICER GARZA BEING DELIBERATELY INDIFFERENT TO MY COMPLAINT TRIES TO AGITATE ME MORE BY ASKING ME MY NAME, HOW TO SPELL IT, WHATS MY FIRST NAME, WHAT MEDICATION I TAKE? HARRASSING ME AND MOCKING ME. NURSE GREEN HAD ALREADY GIVEN ME MEDICATION.

[X] DEFENDANT OFFICER SALCANO CHAPEL OFFICER CHIMED IN, LAUGHING AT ME AND SAYS WE GOT 700 OTHER PEOPLE TO TEND TO, WHAT MAKES YOU SO SPECIAL. I SAY TO HIM, "YOU

ARE OVER WORKED THEN IF YOU CAN NOT TEND TO DETAINEES MEDICAL NEEDS AND CHANGE

INFECTED BEDDING. AT THAT, BOTH DEFENDANTS GIVE ME A DIRECT ORDER TO GO BACK INTO

CHAPEL UNCARING, UN CONCERNED AND BEING DELIBERATELY INDIFFERENT TO MY SERIOUS

MEDICAL NEED VIOLATING BOTH MY 8TH AND 14TH AMENDMENT RIGHTS. I FILE A GRIEVANCE

WED APRIL 20, 2016 EXHIBIT 14 EXHIBIT 1 Pgs 5-6

[Y] MON. APRIL 18, 2016 8:55pm DEFENDANT PARAMEDIC Ms BAINES WILL NOT CALL ME

DOWN TO DIV 10 DISPENSARY DUE TO MY CONSTANT COMPLAINING SITE COMES UP TO TIER 4B.

[U] I COMPLAINED TO DEFENDANT OFFICER OLEKSIAR, PARAMEDIC BAINES TELLS ME DOCTOR

PAUL WILL NOT LET ME COME TO CERMAK WITH A RASH. SHE ORDERS ME TO RAISE MY SHIRT

WITH DETAINEES OBSERVING ME IN THE DAY ROOM WINDOW. I TELL HER THIS IS A CONFIDENTIAL

MEDICAL MATTER. AND I AM STILL SLEEPING ON LICE INFECTED BEDDING AND WEARING

LICE INFECTED CLOTHES. I SHOW HER THE INSECT BITE MARKS ON MY ARMS. SHE TELLS ME

DR. PAUL AND CERMAK WILL CALL ME TOMORROW. SHE WILL GET ME BLAND NEW BEDDING AND NEW

OUT THE BOX UNIFORMS. I GOT USED SHEETS AND NO UNIFORM LATER FROM DEFENDANT OFC. OLEKSIAR.

DEFENDANTS VIOLATED BOTH MY 8TH + 14TH AMENDMENT RIGHTS BEING DELIBERATELY INDIFFERENT TO MY

SERIOUS MEDICAL NEEDS. I FILED GRIEVANCE WED APRIL 20, 2016 EXHIBIT 14; EXHIBIT 1 pg 8

[Z] TUE APRIL 19 2016 - 10AM I RAISE MY SHIRT AND SHOW BITE MARKS AND

RASH TO NURSES Ms JEFFERSON AND NURSES Ms MARTINI DEFENDANT OFFICER

Ms TUCKER WAS PRESENT AND I TELL THEM THEY WERE SUPPOSED TO CALL ME THIS

MORNING TO CERMAK HOSPITAL. NURSE JEFFERSON WRITES DOWN MY NAME WHILE

SHAKING HER HEAD IN DISGUST. DEFENDANT OFFICER Ms TUCKER "DID NOTHING" BEING

DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS VIOLATING MY 8TH + 14TH

AMENDMENT RIGHTS. EXHIBIT 1 - pgs 8-9

[AA] TUE APRIL 19, 2016 11:30AM DEFENDANT CRW- CORRECTIONAL REHABILITATION

WORKER INMATE SERVICES SUPERVISOR Ms. L. FENDERSON COMES ON TIER 4B

DIV 10 TO GIVE ME DIV 8 - 4B GRIEVANCE FROM DIV 8 CRW SUPERVISOR MS

OSADA I FILED AGAINST DIV 8 CRW MR BROWN. DEFENDANT FENDERSON

TOOK THE "MY REQUEST FORMS BEING IGNORED GRIEVANCE, AGAINST DIV 10 TIER 4B CRW MS McCOY (SOCIAL WORKER) ALSO MS McCOY IS NOT RESPONDING TO MY COURT ORDER QUESTIONS AND GIVING ME NO WRITE OUTS "I'M INDIGENT" EXHIBIT 11. p 1 of 2 GRIEVANCE CONTROL # 2016 x 3393. I ALSO INFORM DEFENDANT L FENDERSON SOMETHINGS BITING ME I ATTEMPT TO RAISE MY SHIRT TO SHOW HER THE INSECT BITES. DEFENDANT FENDERSON INTERRUPTS ME AND ORDERS ME "DO NOT RAISE YOUR SHIRT TO SHOW ME!" THAT IS A MEDICAL PROBLEM, FILL OUT A MEDICAL REQUEST FORM, BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. AND VIOLATING DISPLAYING THE UNCONSTITUTIONAL POLICY OF MY 8TH + 14TH AMENDMENT RIGHTS EXHIBIT 1 --- pg 9 + 39. ACCORDING TO THE CCDOC INMATE HANDBOOK I AM TO TELL A CRW - CORRECTIONAL REHABILITATION WORKER (SOCIAL WORKER) OR AND (SOCIAL WORKER SUPERVISOR) ABOUT MEDICAL PROBLEMS pg 2 PARAGRAPH 1 AND IF I FEEL UNSAFE pg. 5 NUMBER 3. EXHIBIT 2

BB TUE April 19, 2016 12:45pm DEFENDANT DR. BAKER (CHS) AFTER HE LOOKS AT MY BODY AND DIV 10 DISPENSARY DIAGNOSES ME SAYING YOU HAVE SCABIES - DOGS GET IT (INFERRING I AM AN ANIMAL). HE GOES ON TO SAY IT IS A LIVING FLESH EATING, FLESH BURROWING PARASITE, THAT LAYS ITS EGGS AND MULTIPLY ONCE UNDER YOUR SKIN. THEY BURROW IN AND GET INTO CRACKS IN THE SKIN. I POINT OUT THE MULTIPLE 4 TO 500 RED BITE MARKS ON BOTH OF MY ARMS, MY TORSO AROUND MY WAISTBAND AREA, MY GROIN AREA, AND BOTH OF MY LEGS. DR. BAKER ADDS SCABIES LIVES AND THRIVES IN FILTH DIRTY SHEETS, BLANKETS, CLOTHES ETC. GET YOUR BEDDING AND UNIFORM CHANGED IMMEDIATELY HE INSTRUCTS ME. AND PUT THE CREAM IN THE CRACK OF YOUR BUTT! DEFENDANT DR. BAKER'S REMARKS ARE INSULTING AND EMOTIONALLY MENTALLY AND PSYCHOLOGICALLY TRAMATIZING TO ME INFLICTING UPON ME CRUEL AND UNSUAL PUNISHMENT VIOLATING MY 8TH AMENDMENT RIGHTS. EXHIBIT 1 pg. 11 OF 39

CC THE April 19, 2016 6:30pm DEFENDANTS PARAMEDIC BAINES, OFFICER SHELBY
DD AND SARGENT HOUSTON ALL PROMISE TO BRING ME TONIGHT BRAND NEW

13

OUT THE BOX BEDDING AND UNIFORMS. THEY ASK ME MY SHIRT AND PANTS SIZE. I INFORM PARAMEDIC MS BAINES, I WEAR 2XL PANTS AND 3XL SHIRT. AT 11PM SHIFT CHANGE, I DID NOT RECEIVE NOTHING! THEY ALL LIED TO ME! EXHIBIT **1** pgs 12-14. INFLICTING UPON ME MORE EMOTIONAL, MENTAL AND PSYCHOLOGICAL INJURY AND ANGUISH VIOLATING MY 8TH & 14TH AMENDMENT RIGHTS. I FILE A GRIEVANCE, EXHIBIT **14**. THAT WAS NOT PROCESSED INTENTIONALLY BY DEFENDANT Ms. McCoy. EXHIBITS. **10, 14, 17** = HEALTH CARE GRIEVANCES.

[EE] WED, April/20, 2016 10:45AM I INFORM DEFENDANT CRW Ms McCoy, I NEED TO SPEAK WITH HER ABOUT A CONFIDENTIAL HEALTH ISSUE. WHEN PEOPLE CLEAR OUT THE TIER 4B INTERLOCK, I APPROACH DEFENDANT McCoy I RAISE MY SHIRT AND I SHOW HER THE RED INSECT BITE MARKS ON MY BODY AND ARMS AND I TELL HER "DR. BAKER SAY, "I CONTRACTED SCABIES AND THE JAIL OFFICERS DON'T CARE, THEY ARE BEING DELIBERATELY INDIFFERENT TO ME. SHE SAY. OH! YEA? WHILE SIGNING GRIEVANCES IGNORING ME AND WHAT I'M SHOWING HER. AFTER A LONG SILENCE, SHE TELL ME FILL OUT A MEDICAL REQUEST FORM WHILE TURNING AND EXITING THE TIER. DISPLAYING TO ME THE SAME UNCONSTITUTIONAL POLICY, CUSTOM AND OFFICIALLY SANCTIONED BEHAVIOR AS HER SUPERVISOR DEFENDANT MS L. FERGUSON VIOLATING MY 8TH AND 14TH AMENDMENT RIGHTS AND BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. THE CCDOC INMATE HANDBOOK DIRECTS ME TO INFORM THE CRW (SOCIAL WORKER) ABOUT MY MEDICAL NEEDS AND CONCERNS EXHIBIT **2** paragraph 1 pg. 5; AND I FEEL UNSAFE #3; EXHIBIT **1** pg 14-15
EXHIBIT **1** pg 9

4 DAYS LATER- SUN April 24, 2016 -5:30AM I CAN'T SLEEP I'M ITCHING AND HURTING IN PAIN, TOSSING AND TURNING AND SCRATCHING ALL NIGHT, LIKE INSECTS CRAWLING ALL OVER ME, I FEEL LIVE INSECTS CRAWLING ON MY NECK. IN THE DARK I GRAB AT CRAWLING FEELINGS ON MY SKIN. I JUMP OUT THE BUNK TURN THE LIGHT ON AND SEE BUGS JUMPING OUT MY HAND TO THE FLOOR. I WAKE AND TELL CELL MATE OLIVER SIMS I CATCH ONE PUT IT IN PLASTIC AND CALL 4B TIER OFFICER BENITEZ EXHIBIT **1** pg. 16. 10:15AM CERMAK DR. MR. MARGHOOB A. KHAN MD DIAGNOSTED ME AS CONTRACTING BODY LICE. EXHIBIT **1** pg 18; & **15** NOW HE SAYS I'M DUAL DIAGNOSTED WITH SCABIES AND BODY LICE EXHIBIT **15** . I FILE GRIEVANCE UNSANITARY CONDITIONS OF CONFINEMENT EXHIBIT **16** 4 or 5 AND FILE GRIEVANCE FOR REIMBURSE $262^{00}$ COPIES I Exhair FOR MY PHOTO THROW AWAY **16** 3 OF 5

[FF] DEFENDANT OFFICER OLEKSIAK AND DEFENDANT NURSE HALL MISTREAT ME AND PUNISH ME BY LOCKING ME IN THE CELL FOR RETALIATION WHEN I COMPLAIN AND PHYSICAL THREATS I WAS GETTING. NURSE HALL TELL OFFICER OLEKSIAK TO LOCK ME IN THE CELL. NURSE HALL WORKS IN DIV 10 DISPENSARY. I ASK WHY AM I LOSING MY PRIVILEGES? I HAVE NOT DONE ANYTHING THROUGH NO FAULT OF MY OWN. I HAVE TO

DEFENDANT

'CALL MY FRIENDS+FAMILY. OFFICER OLEKSIAK GIVES ME A DIRECT ORDER TO LOCK UP IN RETALIATION).

HE MAKES ME CHANGE MY OLD UNIFORM AND BEDDING GIVES ME A OLD BED ROLL. NO SHEETS, TOWELS, TOOTH BRUSH,

TOOTHPASTE OR TOILET ISSUE, ONLY A USED BLANKET AND INMATE HANDBOOK. DEFENDANT OLEKSIAK'S ACTIONS ARE

DELIBERATE AND INTENTIONALLY CONTRARY TO DR KHAN'S OROCKS · NURSES PLEASE NOTIFY DOC THAT PATIENT NEEDS NEW UNIFORM AND

NEW LINEN AFTER HE TAKES SHOWER IN A.M. EXHIBIT-1 pg 21. THIS VIOLATES MY 8TH + 14TH AMENDMENT RIGHTS. I FILE GRIEVANCE

EXHIBIT 17 APR. 29, 2016. DETAINEE BYRON K. MOORE 2013302107 WITNESS LICE PRESENCE EXHIBIT 18

[HH] EARLIER SUN. April 24, 2016 3:30 PM DEFENDANT OFFICER CONNER COMES TO MY CELL AND SAY A SGT. CALLED HIM, HE
SAID HE KNEWS ABOUT MY DIAGNOSIS "
FORGOT NAME, ASK ME WHAT I NEED? I SAID, "A SUPERTANT TO CLEAN CELL + WHOLE DECK, NEW OUT THE BOX (NOT USED) UNIFORMS, SHEETS, BLANKETS

MATTRESSES, T-SHIRT, BOXERS AND SHOES FOR ME AND MY CELLMATE OLIVER SIMS. DEFENDANT CONNER LEFT CAN BE HEARD SAYING "THEY

WANT A LOT OF STUFF. HE NEVER CAME BACK! EXHIBIT 1 pg 20 VIOLATING MY 8TH + 14TH AMENDMENT RIGHTS AND BEING DELIBERATORY/INDIFFERENT

[II] MONDAY April 25, 2016 10AM DEFENDANTS NURSE COOKSEEY AND DEFENDANT OFFICER LYBAK COME TO TIER 4B

I INFORM THEM THAT I HAVE DUAL DIAGNOSIS OF SCABIES AND BODY LICE AND I NEED NEW LINEN, I HAVE BLANKET WITH NO

SHEETS FOR AFTER I TAKE A.M. SHOWER PER DR. KHAN'S ORDERS. NURSE COOKSEEY SAYS TO ME "ITS NOTHING SHE CAN DO."

OFFICER LYBAK SAYS, "ITS NOTHING HE CAN DO" AND BOTH LEAVE TIER. VIOLATING BOTH MY 8TH + 14TH AMENDMENT RIGHTS EXHIBIT 1 pg 22

[T] TUE April 26, 2016 11·15 AM ON TIER 4B DIVISION 10

I INFORM DEFENDANT MS THYLER MENTAL HEALTH SPECIALIST-DIV10 ABOUT THE DIV10 CCDOC AND CERMAK MENTAL HEALTH DEPT.
TO THE OTHER
DETAINEES
NOT ADDRESSING MY DUAL DIAGNOSIS SCABIES AND BODY LICE PROPERLY AND LEAVING ME OPEN TO RIDICULE PHYSICAL THREATS, VERBAL

THREATS AND ASSAULTS FROM DETAINEES ON TIER 4B. DEFENDANT THYLER DID NOTHING TO HELP ME VIOLATING MY 8TH + 14TH AMENDMENT

RIGHTS AND BEING DELIBERATELY INDIFFERENT TO MY WELL BEING, SAFETY AND SERIOUS MEDICAL NEEDS EXHIBIT 1 pg. 26

FRIDAY May 6, 2016 10 AM SKOKIE COURTHOUSE

I COMPLAIN TO MY JUDGE SHELLY SUTKER-DERMER, SITE ISSUES ME A

CERMAK HOSPITAL HEALTH CARE ORDER, ORDERING CERMAK TO

HELP ME STOP MY SUFFERING EXHIBIT 19 EXHIBIT 1-pg 35

THUR May 19, 2016 9:55 am

[GG] DEFENDANT NURSE MS MUHAMMAD DELIBERATELY DISREGARDS

my MAY 06, 2016 CERMAK HEALTH CARE COURT ORDER. AND SHE IS DELIBERATELY INDIFFERENT TO MY DUEL DIAGNOSIS OF SCABIES AND BODY LICE. RESPONDING TO MY SUNDAY 05/15/2016 CERMAK Physician REQUEST FORM. I TRY TO INFORM NURSE MUHAMMAD THAT I AM STILL ITCHING BADLY AND NEED A REFILL OF THE AQUA CARE UREA 10% THERAPEUTIC SKIN CREAM FOR MY TREATMENT OF INSECT BITES ALL OVER MY BODY. MS MUHAMMAD quipped THAT MY PRESCRIPTION EXPIRED AT 8:55 am THIS MORNING! I TOLD HER THAT IT WAS NOT EXPIRED yesterday WHEN SHE CANCELLED MY APPOINTMENT, **INTENTIONALLY**. I ALSO SHOWED HER A BITE MARK THAT WAS NOT HEALING ON MY UPPER RIGHT SHOULDER AND INFORMED HER I HAVE A COURT ORDER TO BE PROMPTLY SEEN AND EVALUATED BY CERMAK HEALTH CARE PERSONELL, EXHIBIT___; EXHIBIT 1 pg 37

AT THAT, DEFENDANT MUHAMMAD DELIBERATELY DISREGARDS MY COURT ORDER AND SAYS "ITS NOTHING SHE CAN DO!" GAVE ME BACK MY PASS DIRECTED ME TO EXIT THE DISPENSARY STATING you're DONE. I FILE 2 GRIEVANCES EXHIBIT 20 AND EXHIBIT 21

[JJ] FRIDAY JUNE 3, 2016 12:30pm 29 DAYS LATER AFTER RECEIVING MAY 6, 2016 CERMAK HEALTH CARE COURT ORDER. I AM CALLED TO DIV 6 DISPENSARY AND EXAMINED FOR SCABIES AND BODY LICE BY DR. LEDVORA. DEFENDANT CERMAK HEALTH SERVICES OF COOK County JAIL IS DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS BY DELAYING ME TREATMENT FOR 29 DAYS. AFTER RECEIVING my HEALTH CARE COURT ORDER I HAD TO FILE A GRIEVANCE Thru MAY 19, 2016 EXHIBIT 21 , 13 DAYS AFTER RECEIVING HEALTH CARE COURT ORDER AND WAIT 15 MORE ADDITIONAL DAYS VIOLATING BOTH my 8TH AND 14TH AMENDMENT RIGHTS. EXHIBIT 1 pg 38

CCDOC, CCHHS, CCJ, CHS INADEQUATE INFECTIOUS DISEASE PROCEDURES, PROCESSES + PROTOCOLS

AS I HAVE EXPERIENCED FIRST HAND, ENDURING PHYSICAL, MENTAL, EMOTIONAL AND PSYCHOLOGICAL PAIN AND SUFFERING. IT IS OBVIOUS THAT CCDOC ADMINISTRATION CCHHS +CHS+

16

AND STAFF PARAGRAPH 1 + 3 DEFENDANTS AND CORMAK HEALTH SERVICES; CERMAK MENTAL
HEALTH SERVICES DEPARTMENT OF CCJ ADMINISTRATION STAFF, DOCTORS, PARAMEDICS AND NURSES PARAGRAPH
2 DEFENDANTS: HAVE NO SOP-STANDARD OPERATING PROCEDURE FOR DEALING WITH MY 3. DIAGNOSIS'S
OF STAPH INFECTION, SCABIES AND BODY LICE, AS WELL AS, FOLLOW UP AND DISINFECTION SANITATION PROCEDURES INSIDE
CCJ. ESPECIALLY ON DIVISION 8 RTU DETOX UNIT, P3 INTERMEDIATE PSYCH CARE UNIT AND
DIVISION 10 P2 OUT PATIENT MENTAL HEALTH UNIT, HOUSING FOR MENTALLY ILL PRE-TRIAL DETAINEES /
DUAL DIAGNOSED DETAINEES: MENTALLY ILL/SUBSTANCE ABUSERS. THIS SITUATION CAUSES THE MENTAL HEALTH
DETAINEES TO SUFFER EVEN MORE EMOTIONALLY, MENTALLY AND PSYCHOLOGICALLY. THE DEFENDANTS ARE
ILL EQUIPPED TO HANDLE THIS SITUATION. IT'S QUITE EVIDENT THAT THE PARAMEDICS, NURSES AND
OFFICERS ARE ILL EQUIPPED TO HANDLE A SITUATION OF THIS MAGNITUDE - THEY ARE OPERATING UPON THEIR
OWN INTUITION WITHOUT ANY SOP's OR GUIDELINES IN PLACE. THEY ARE EXTREMELY INCOMPENT.

No PROFESSIONAL TRAINING, NO SOP FOR EACH SHIFT, FOR EACH PARAMEDIC, NURSE OR
OFFICER, NO SYNERGY EQUALS CONFUSION WHICH LEAVES EVERY PARAMEDIC, NURSE AND OFFICER
TO DO THEIR OWN THING, DELIBERATELY IGNORING ME AND MY INMATE REQUEST FORMS TO MISPROCESSING AND NOT PROCESSING MY GRIEVANCES.

AT SHIFT CHANGE THE OUTGOING OFFICER, NURSE AND PARAMEDIC IS NOT INFORMING THE
INCOMING RECEIVING OFFICER, NURSE AND PARAMEDIC OF MY CONDITION AND PUTS ALL THE
DETAINEES AT RISK AND FEAR ON THIS MENTAL HEALTH UNIT. FEAR CAUSES THE DECK
AND DETAINEES TO GET OUT-OF-HAND, AND CAUSES MORE FEAR, ANXIETY AND CHAOS
ON A P2 OUT PATIENT MENTAL HEALTH PSYCH DECK, FOR ME GETTING THREATS OF VERBAL PHYSICAL VIOLENCE.

WHEN IN **THEORY** ONE 24 HOUR PERIOD OF POWER WASHING AND SANITIZING THE
DECK AND EACH INDIVIDUAL CELL, AND GIVING EACH DETAINEE ON THE TIER BRAND NEW OUT THE
BOX; MATTRESS, SHEETS, BLANKET TOWELS, T-SHIRT, BOXERS, SOCKS AND SHOES WILL ELIMINATE
THE PROBLEM. MONTHS AND WEEKS PASS AND THE PROBLEM CONTINUES TO FESTER
AND GROW EXPONENTIALLY OUT OF HAND LIKE IT HAS AND I CURRENTLY AM EXPERIENCING.
ONE MORNING April 27, 2016 WEDNESDAY OVERTIME OFFICER Ms RAMOS 11-7 (7-30T)
WAS NOT TOLD AND DID NOT KNOW ABOUT MY DUEL DIAGNOSIS OF SCABIES + BODY
LICE. I HAD TO EXPLAIN TO HER AND RECIVE THESE TRAGIC AND PAINFUL EVENTS ALL OVER AGAIN,
AND THE PATTERN OF RECKLESS AND NEGLIGENT RESPONCES I RECEIVED FROM ALL DEFENDANTS.

17

## V.    Relief:

JUDICIAL RELIEF
AWARD ME:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$100,000 FOR COMPENSATORY DAMAGES FOR THE PHYSICAL, EMOTIONAL, MENTAL AND PSYCHOLOGICAL SUFFERING + PAINFUL INJURIES I EXPERIENCED BECAUSE OF DEFENDANTS WRONGFUL CONDUCT. $85,000 PUNITIVE DAMAGES FOR CONTRACTING 3 CONTAGIOUS DISEASES IN CCJ ACROSS 3 CCDOC DIVISIONS; DIV 8 + DIV 10 AND THE DEFENDANTS RECKLESS AND CALLOUS DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS ACROSS 3 CCDOC DIVISIONS: DIV 8, DIV 10 AND DIV 6. COMPENSATED FOR ALL FILING AND ATTORNEY FEES. AND $262.00 REIMBURSEMENT FOR PERSONAL PROPERTY DESTROYED. PRELIMINARY INJUNCTION: TO IMMEDIATELY SANITIZE DIV 8 RTU DETOX UNITS; DIV 8 RTU P3 INTERMEDIATE PSYKY CARE UNIT DIV 10 TIER 4B P2 OUTPATIENT UNIT AND IMPLEMENT DAILY SOPS TO ELIMINATE FUTURE CONTAGIOUS DISEASE INFESTATIONS:

AND
PUT LICE +
SCABIES INFESTED
CLOTHING, BEDDING +
LINEN IN RED
BIO HAZARDOUS BAGS
AND IMMEDIATELY REMOVE
BAGS OUTSIDE OF THE
CCJ COMPOUND FOR
HAZARDOUS DISPOSAL

## VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___12___ day of ___July___, 20 _16_

_(signature)_

(Signature of plaintiff or plaintiffs)

ANTHONY P. JOHNSON

(Print name)

2015121 7030  -  Cook County Jail

(I.D. Number)   P.O. Box 089002

CHICAGO, ILLINOIS 60608

(Address)

18